# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| KATHERINE WHITED, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 3:18-1811 |
| v. | : | (JUDGE MANNION) |
| THE NEW CAFÉ AT GREYSTONE GARDENS and DOMINIC SAADI, | : | |
| | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for partial summary judgment on Count I of the complaint **(Doc. 11)** is **GRANTED IN PART AND DENIED IN PART**. The plaintiff's motion is **GRANTED** as to liability and **DENIED** as to damages.

**(2)** The defendants' motion for partial summary judgment on Count II of the complaint **(Doc. 14)** is **GRANTED**.

**(3)** This case is directed to mediation at a time to be scheduled by Atty. Joseph Barrett on or before June 11, 2020.

**(4)** Any motions *in limine,* together with supporting briefs, shall be filed on or before May 15, 2020.

**(5)** A Final Pre-Trial conference will be held on June 11, 2020 at 10:30 a.m.

**(6)** Jury selection and trial will be on July 13, 2020 at 9:30 a.m. in courtroom #3 of the William J. Nealon United States Courthouse.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 17, 2020**
18-1811-01