UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KATHERINE WHITED,                    :

       Plaintiff            :    CIVIL ACTION NO. 3:18-1811

v.                                   :        (JUDGE MANNION)

THE NEW CAFÉ AT                      :
GREYSTONE GARDENS and
DOMINIC SAADI,                       :

       Defendants           :

## VERDICT FORM

1. Did The New Café at Greystone Gardens and Dominic Saadi violate the Fair Labor Standards Act ("FLSA") and Pennsylvania Minimum Wage Act ("MWA")?

    YES __X__                    NO_____

2. Did defendants know or show reckless disregard for their violation of the FLSA and MWA?

    YES __X__                    NO_____

**COURT EXHIBIT #1**

- 2 -

3. What amount of damages should be paid to plaintiff as compensatory damages?

$ 10,000 (Fill in dollar figure)

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: 10/05/2021

_____
FOREPERSON