UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE WHITED, | : |
| Plaintiff | : CIVIL ACTION NO. 3:18-1811 |
| v. | : (JUDGE MANNION) |
| THE NEW CAFÉ AT GREYSTONE GARDENS and DOMINIC SAADI, | : |
| Defendants | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** liquidated damages are awarded in favor of the plaintiff and against the defendants in an amount of **$10,000**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

DATE: November 15, 2021
18-1811-02-ORDER