# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Katherine Whited, | : |
| Plaintiff(s), | : |
| v. | : CIVIL ACTION NO. 3:18-CV-1811 |
| The New Café at Greystone Gardens, et al. | : |
| | : (JUDGE MANNION) |
| Defendant(s). | : |

## CLERK'S TAXATION OF COSTS

January 18, 2022

The plaintiff, Katherine Whited, filed a bill of costs in the amount of $959.95 for fees for printed or electronically recorded transcripts necessarily obtained for use in the case, fees for witnesses, fees for exemplification and costs of making copies of materials for which the copies were necessarily obtained for use in the case and fees for other costs.

The fees for the deposition transcripts in the amount of $388.00 are allowed, but the fees for the transcript of the pretrial conference in the amount of $51.10 are not allowed as transcripts for counsel's own use are not taxable in the absence of a special order of the court. The fees for witnesses in the amount of $251.00 are allowed. The fees for the copies of records in the amount of $12.00 are allowed. The fees for other costs in the amount of $239.85 are allowed (which are actually fees of the clerk and for service), but the costs in the amount of $18.00 for counsel's parking are not taxable.

Therefore, costs are taxed against the defendants, The New Café at Greystone Gardens and Dominic Saadi and in favor of the Plaintiff, Katherine Whited, in the amount of $890.85 and included in the judgment.

Any party may appeal this decision to the court within seven (7) days of taxation. Written specifications of the items objected to and the grounds of objections must be filed and served within seven (7) days pursuant to Federal Rule of Civil Procedure 54(d)(1).

Peter J. Welsh, Clerk of Court


/s/ Holly Snell_____

By: Deputy Clerk