# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE WHITED,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:18-1811 |
| v. | : (JUDGE MANNION) |
| **THE NEW CAFÉ AT GREYSTONE GARDENS**, *et al.*, | : |
| Defendants | : |
| | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's motion to enforce the $20,890.85 judgment, (Doc. 86), is **DENIED without prejudice** to plaintiff's filing of a writ of execution in accordance with Rule 69 of the Federal Rules of Civil Procedure.

2. The plaintiff's motion for contempt/imprisonment for failure to pay judgment, (Doc. 90), is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 27, 2022**
18-1811-03-ORDER